### STEARNS *v.* ST. LOUIS & S. F. RY. CO.

(*Supreme Court, General Term, First Department.* February 14, 1890.)

FRAUDS, STATUTE OF—AGREEMENTS RELATING TO LAND.

A verbal agreement by the president and land commissioner of a railroad company, which has purchased the property of another company, including certain lands in Missouri, on which plaintiff had a written contract of purchase, that it would perform the contract as if originally made by it, is within the statute of frauds of Missouri, which provides that no action shall be brought on a contract for the sale of lands unless such agreement is in writing.

Appeal from circuit court, New York county.

Action by Frank B. Stearns against the St. Louis & San Francisco Railway Company to recover damages for breach of contract. Verdict directed for defendant. From the judgment entered thereon plaintiff appeals. For former report, see 4 N. Y. Supp. 11.

Argued before VAN BRUNT, P. J., and BARTLETT and BARRETT, JJ.

*James Dunne,* for appellant.   *Burrill, Zabriskie & Burrill, (John E. Burrill,* of counsel,) for respondent.

PER CURIAM.   The judgment appealed from must be affirmed, for the reasons stated in the opinion in this case delivered by this court upon the decision of the previous appeal.   4 N. Y. Supp. 11.   Judgment affirmed, with costs.